No. 80–384. MARIN COUNTY DEMOCRATIC CENTRAL COMMITTEE *v.* UNGER. Ct. App. Cal., 1st App. Dist. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 80–571. MISSOURI *v.* SOURS. Sup. Ct. Mo. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. JUSTICE BLACKMUN and JUSTICE REHNQUIST would dismiss the petition for writ of certiorari as moot.

No. 80–639. SULLIVAN *v.* PERINI NORTH RIVER ASSOCIATES ET AL.; and

No. 80–651. FUSCO *v.* PERINI NORTH RIVER ASSOCIATES ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE BLACKMUN would grant certiorari. Reported below: 622 F. 2d 1111.

No. 80–649. EDISON ELECTRIC INSTITUTE ET AL. *v.* COSTLE, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY. C. A. D. C. Cir. Certiorari denied. JUSTICE STEWART and JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 80–675. MOORE ET AL. *v.* PROTESTANT EPISCOPAL CHURCH IN THE DIOCESE OF NEW JERSEY ET AL. Sup. Ct. N. J. Certiorari denied. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 80–887. BURNS ET AL. *v.* DIOCESE OF NEWARK ET AL. Sup. Ct. N. J. Certiorari denied. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 80–830. ADVERTISER Co. *v.* FULTON ET AL. Sup. Ct. Ala. Motion of South Carolina Press Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.